

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mondee Stracener, Appellant

No. 06-14-00079-CV          v.

Doug Stracener, Bernice L. Stracener and
Joey Keith Stracener, Appellees

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 135-06). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Mondee Stracener, pay all costs of this appeal.

RENDERED JULY 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk